# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA CASCINO, et al., | No. 2:16-cv-1010-KJM-CMK |
|     Plaintiffs, | |
|   vs. | ORDER |
| COUNTY OF SHASTA, et al., | |
|     Defendants. | |

Plaintiffs, proceeding pro se, bring this civil action. Pending before the court is plaintiffs' complaint (Doc. 1), motion to seal (Doc. 5), and a redacted first amended complaint (Doc. 6). Plaintiffs have requested the court seal the original complaint as it contains the full name of minor children. The court notes that the plaintiffs have filed a redacted first amended complaint which utilizes the children's initials rather than full names, and that the original complaint was sealed as of the time the request was made. The sealing of the original complaint is authorized by the court nunc pro tunc as to the time the plaintiffs filed the request, which has already occurred.

As plaintiffs have now filed an amended complaint, pursuant to Federal Rule of Civil Procedure 15(a), this action will proceed on the redacted amended complaint. Plaintiffs'

1

1  amended complaint, and service thereof by the United States Marshal if appropriate, will be
2  addressed separately.  The Clerk of the Court shall not issue summons or set this matter for an
3  initial scheduling conference unless specifically directed by the court to do so.
4         Accordingly, IT IS HEREBY ORDERED that plaintiffs' request to seal the
5  original complaint (Doc. 5) is authorized nunc pro tunc to the date of the request.

7  DATED: March 30, 2017

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE