# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNA CASCINO, et al.,  No. 2:16-CV-1010-KJM-CMK

    Plaintiffs,

  vs.  ORDER

COUNTY OF SHASTA, et al.,

    Defendants.

_____/

        Plaintiffs, who are proceeding pro se, bring this civil action. Pending before the court are plaintiffs' requests for leave to proceed in forma pauperis (Docs. 2 and 3). Plaintiffs' complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately. The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

        Plaintiffs have submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that plaintiffs' motions for leave to proceed in forma pauperis (Docs. 2 and 3) are granted.

DATED: August 6, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE